SILBERMAN, J.,
Concurring specially.
I concur in the decision to affirm the final judgment. The majority opinion highlights a number of difficulties presented by this case that the trial court resolved against the Estate, and I agree that the evidence supports the trial court’s conclusions.
The majority opinion questions the role that Dr. Garko was to play, and did play, in litigating the dispute between the Estate and the Church of Scientology; the nature and quality of the services that Dr. Garko provided; and the Estate’s liability to Dr. Garko. To the extent that the trial court resolved these issues, the Estate has not shown a basis for reversal.
The majority opinion also expresses concern as to Dandar & Dandar’s representation of the Estate; the existence of actual or potential conflict between Dandar & Dandar and the Estate; whether Dandar & Dandar adequately consulted with the Estate about certain decisions; and the availability of a remedy for the Estate to perhaps seek recovery against Dandar & Dandar. Although these concerns are understandable in light of the record that is before us, the record does not provide sufficient information to address those concerns, particularly as to the discussions and understandings that existed between Dandar & Dandar and the Estate. Thus, I cannot join the majority opinion to the extent that it draws conclusions regarding Dandar & Dandar’s conduct and the merits of any claims that the Estate may seek to pursue.